IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY FISHBURN,

    Plaintiff,

vs.

SOUTHEASTERN GROCERS, INC.,
a Foreign corporation, d/b/a
Winn-Dixie Supermarket chain,

    Defendant.

CASE NO.: 4:24-cv-_____-_____

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

PLAINTIFF, ANTHONY FISHBURN (hereinafter "FISHBURN," or "Plaintiff"), by and through the undersigned counsel, files this Verified Complaint and Demand for Jury Trial against Defendant, SOUTHEASTERN GROCERS, INC., a foreign corporation doing business as Winn-Dixie Supermarket (hereinafter "SOUTHEASTERN GROCERS," or "Defendant"), and alleges:

### JURISDICTION AND VENUE

1. This is an action for money damages brought pursuant to Title 42 U.S.C. §§ 1981 and 1988, the Civil Rights Act of 1866 § 1981, and the

Fourteenth Amendment to the United States Constitution and the common law of the state of Florida.

2. Jurisdiction is based upon Title 28 U.S.C. §§ 1331 and 1343(3).

3. Venue is proper because in this Court because the injury, out of which this action arises, occurred at the Winn-Dixie Supermarket in Monticello, Jefferson County, Florida, within the Tallahassee Division of the Northern District of Florida.

**PARTIES**

4. Plaintiff, ANTHONY FISHBURN, is a resident of Wacissa, Jefferson County, Florida.

5. Defendant, SOUTHEASTERN GROCERS, is a Foreign corporation, incorporated in Delaware and doing business in the State of Florida, at its principal address of 8928 Prominence Parkway, #200, Jacksonville, Florida and, at all times material, doing business in Monticello, Jefferson County, Florida, as a Winn-Dixie Supermarket and, the owner/operator of the business known as Winn-Dixie Supermarket located at 1245 South Jefferson Street, in Monticello, Jefferson County, Florida 32344.

**SUBSTANTIVE ALLEGATIONS**

6. SOUTHEASTERN GROCERS owns the Winn-Dixie Supermarket, located at 1245 South Jefferson Street, in Monticello, Jefferson County, Florida 32344, and maintains the premises of the Winn-Dixie Supermarket where consumers and business invitees may enter to personally select and purchase groceries offered for sale to the public by SOUTHEASTERN GROCERS at the Winn-Dixie Supermarket. A person desiring to buy groceries from the Winn-Dixie Supermarket in Monticello, Florida, is required to personally enter the building to select and make such purchases.

7. On or about April 2, 2024, FISHBURN, a 66-year-old, African-American, retired Roofer and resident of Wacissa, entered the Winn-Dixie Supermarket, in Monticello, Florida, to personally shop for groceries.

8. On one occasion after having completed selecting the grocery items he needed, FISHBURN approached to the checkout line to pay for the items he had selected to purchase, using his Winn-Dixie Rewards Card/card barcode, but the Cashier, Lynn, a white female, made rude statements to him and denied his use of the card with his purchase, falsely stating that the

number did not go through. In truth, the Cashier did not attempt to input his number.

9. When FISHBURN attempted to check out with another Cashier, Lynn told him he needs to find another store. FISHBURN went to another Cashier and the rewards number he gave her went through without any problem.

10. Cashier Lynn then told FISHBURN she was going to tell everyone he was gay. On yet another occasion, another Winn-Dixie store employee stated to him that "you need to let someone take you in the ass," and before FISHBURN spoke to Sean, the Store Manager, Sonny, another employee stated to FISHBURN, I am going to tell everyone you are gay. Another Winn-Dixie employee, Emily, said the same thing to FISHBURN. A male employee in the Meat Department told FISHBURN, I heard you was gay.

11. FISHBURN called the Customer Hot Line to report the actions of these employees.

12. At all times material, the Defendant, SOUTHEASTERN GROCERS, is and was the owner, operator and/or in possession and control

of the premises known as Winn-Dixie Supermarket, located at 1245 South Jefferson Street, in Monticello, Jefferson County, Florida 32344.

13. At all times material, Plaintiff FISHBURN entered onto the property as a business invitee/customer for the purpose of purchasing his groceries from SOUTHEASTERN GROCERS d/b/a Winn-Dixie Supermarket in Monticello, Jefferson County, Florida, which maintains the store for selling groceries to the public.

14. Defendant SOUTHEASTERN GROCERS has a duty to establish an effective policy which prohibits its employees from harassing and discriminating against its customers and business invitees, and to train its employees in a manner prohibiting such discrimination on the basis of race, color, sex, and ethnicity, or any violation of the civil rights of its customers and business invitees.

15. Defendant SOUTHEASTERN GROCERS as owner and operator of the Winn-Dixie Supermarket in Monticello, Jefferson County, Florida, owes a non-delegable duty to business invitees/customers to use/hire employees who are well-versed and properly trained so that no invitee/customer is subjected to harassment and discrimination. Defendant

SOUTHEASTERN GROCERS breached this duty owed to Plaintiff ANTHONY FISHBURN.

16. As a direct and proximate result of the intentional, racial discrimination of Defendant SOUTHEASTERN GROCERS, FISHBURN has suffered and will continue to suffer embarrassment, mental anguish, loss of capacity for enjoyment of life, expense of medical/mental-health treatment, the losses of which are either permanent or ongoing and Plaintiff FISHBURN will continue to suffer losses in the future.

17. As a direct and proximate cause of the foregoing-described conduct of Defendant SOUTHEASTERN GROCER and/or its agents, FISHBURN suffered the following compensable injuries and damages:

 A. Loss of the right to be free from unlawful, intentional discrimination; and

 B. Emotional trauma and suffering of experiencing harassment in commerce by the Defendant and/or its agents.

 C. Incurring attorney fees and costs expended in enforcing his rights in unlawful, intentional discrimination.

18. As a direct and proximate result of the foregoing-described conduct of Defendant SOUTHEASTERN GROCERS and/or its agents, FISHBURN has been compelled to retain the services of an attorney, and have thereby incurred and will continue to incur legal fees and costs, the full nature of which are presently unknown to FISHBURN.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff ANTHONY FISHBURN respectfully requests the Court enter judgment in his favor and against the Defendant and award him:

A. Actual damages in an amount to be determined at trial;

B. Punitive damages;

C. Attorney fees and costs; and

D. Any other and further relief as this Court deems just and equitable.

WHEREFORE, Plaintiff ANTHONY FISHBURN demands judgment for damages against Defendant SOUTHEASTERN GROCERS, INC., d/b/a Winn-Dixie, and/or its Agents and Assigns, including post-judgment interest and any other and further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff FISHBURN demands trial by jury of all issues so triable.

## VERIFICATION

I affirm under the penalty of perjury that the foregoing document is true and correct to the best of my personal knowledge, information and belief.

*Anthony Fishburn*
ANTHONY FISHBURN

Respectfully submitted,

*Gary Lee Printy*
GARY LEE PRINTY
FL BAR ID NO. 363014
GARY LEE PRINTY ATTORNEY AT LAW
1804 Miccosukee Commons Dr., Ste.200
Tallahassee, Florida 32308-5471
Telephone: (850) 877-7299
FAX: (850) 877-2211
Email: attygaryprinty@gmail.com

Attorney for Plaintiff,
ANTHONY FISHBURN